IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ROSAS and ANTONIO VILLAGOMEZ<br><br>Plaintiffs<br><br>v.<br><br>ETS SERVICES, LLC, GMAC MORTGAGE, and DOES 1-50, inclusive<br><br>Defendants. | No. C 08-05259 WHA<br><br>**NOTICE OF DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Defendants filed a motion to dismiss plaintiffs' complaint on January 16, 2009 with a hearing scheduled for February 26, 2009. Plaintiffs' opposition was due on February 5, but a response has not been provided. The Court staff has also left a message requesting an opposition brief or statement of non-opposition be filed immediately. Ordinarily, the Court would grant the motion to dismiss under these circumstances, but the Court will provide plaintiffs with one more chance to respond. Plaintiffs' opposition is due by **FEBRUARY 17, 2009 AT NOON**. Plaintiffs' failure to respond will very likely mean dismissal of their case for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: February 11, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE