IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ROSAS and ANTONIO VILLAGOMEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>ETS SERVICES, LLC, GMAC MORTGAGE, and DOES 1-50, inclusive<br><br>    Defendants.<br>_____/ | No. C 08-05259 WHA<br><br>**ORDER RE MARCH 12 HEARING** |

Defendants filed a motion to expunge notice of pendency of action or require a bond. The motion is scheduled for a hearing on **MARCH 12, 2009 AT 8:00 A.M.** On February 19, 2009, the Court ordered plaintiffs to either appear *pro se* or have a new lawyer file a notice of appearance and show cause why the case should not be dismissed by March 12, 2009. Plaintiffs must also appear individually or send their counsel to appear at the hearing on March 12, 2009.

Plaintiffs' existing attorneys in this matter, if any, as well as defendants' attorneys must send a copy of this order and the pending motion to named plaintiffs **WITHIN THREE DAYS** of the date of this order. Service by first class mail will be sufficient.

**IT IS SO ORDERED.**

Dated: March 4, 2009

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE